# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DELANO THOMAS KIPP,**<br><br>**Defendant.** | **CR 14-04-GF-BMM**<br><br>**ORDER** |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the initial appearance on the Petition for Warrant for Offender Under Supervision (Doc. 66).   For good cause shown,

IT IS ORDERED that counsel for the United States may appear by telephone at the initial appearance set for June 2, 2020.   The United States shall make arrangements with the Clerk of Court's office.

DATED this 2nd day of June, 2020.

_____
John Johnston
United States Magistrate Judge